**No. 10-6726. Christopher Lee Prosser, Petitioner v. Laurain C. Hendricks, et al.**

562 U.S. 1049, 131 S. Ct. 610, 178 L. Ed. 2d 445, 2010 U.S. LEXIS 8947.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 371 Fed. Appx. 710.

**No. 10-6749. Jermaine Archer, Petitioner v. Philip Heath, Superintendent, Sing Sing Correctional Facility.**

562 U.S. 1049, 131 S. Ct. 611, 178 L. Ed. 2d 445, 2010 U.S. LEXIS 8857.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 619 F.3d 187.

**No. 10-6763. Marlin E. Jones, Petitioner v. Department of Housing and Urban Development, et al.**

562 U.S. 1050, 131 S. Ct. 626, 178 L. Ed. 2d 445, 2010 U.S. LEXIS 8902.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6839. Clyde James Rainey, Petitioner v. Mike Knowles, Warden.**

562 U.S. 1050, 131 S. Ct. 611, 178 L. Ed. 2d 445, 2010 U.S. LEXIS 8930.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 386 Fed. Appx. 605.

**No. 10-6857. Wendell E. S. T. El Shabazz, Petitioner v. Committee on Character and Fitness, Appellate Division, Supreme Court of New York, Second Judicial Department.**

562 U.S. 1050, 131 S. Ct. 611, 178 L. Ed. 2d 445, 2010 U.S. LEXIS 8968.

November 15, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

**No. 10-6908. Gerald Gregg, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 611, 178 L. Ed. 2d 445, 2010 U.S. LEXIS 8816.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 377 Fed. Appx. 155.

**No. 10-6923. Randall Howard Wolford, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 611, 178 L. Ed. 2d 445, 2010 U.S. LEXIS 8984.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 386 Fed. Appx. 479.